■ BRIN McCAGG, Respondent-Appellant, v SCHULTE ROTH & ZABEL LLP et al., Defendants, and ALAN CLINGMAN, Appellant-

Respondent. [825 NYS2d 643]—Order, Supreme Court, New York County (Bernard J. Fried, J.), entered September 26, 2005, unanimously affirmed for the reasons stated by Fried, J., without costs or disbursements. No opinion. Order filed. Concur—Tom, J.P., Saxe, Marlow, McGuire and Malone, JJ.